UNITED STATES of America,
Plaintiff-Appellee,

v.

Hollie REMILLARD, Defendant-
Appellant.

No. 16-16881
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(September 8, 2017)

Peter J. Sholl, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, David Lazarus, Yolande G. Viacava, U.S. Attorney's Office, Fort Myers, FL, for Plaintiff-Appellee

Martin DerOvanesian, Federal Public Defender, Federal Public Defender's Office, Fort Myers, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant-Appellant

Before JORDAN, ROSENBAUM and JULIE CARNES, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Hollie Remillard in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Remillard's revocation and sentence are **AFFIRMED**.